# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ROZA TAWIL,

    Plaintiff,

v.                                             CASE NO. 4:22cv440-RH-MAF

FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC.,

    Defendant.

_____/

## ORDER DENYING THE MOTION
## FOR A PRELIMINARY INJUNCTION

    The plaintiff has filed a motion for a preliminary injunction but has not filed a complaint.

    As a prerequisite to a preliminary injunction, a plaintiff must establish a substantial likelihood of success on the merits, that the plaintiff will suffer irreparable injury if the injunction does not issue, that the threatened injury outweighs whatever damage the proposed injunction may cause a defendant, and that the injunction will not be adverse to the public interest. *See*, *e.g.*, *Charles H.*

*Wesley Educ. Found., Inc. v. Cox*, 408 F.3d 1349, 1354 (11th Cir. 2005); *Siegel v. LePore*, 234 F.3d 1163, 1176 (11th Cir. 2000) (en banc).

Success on the merits means success on the merits of a claim included in the pending complaint. In this case the plaintiff has not filed a complaint at all, let alone a complaint that states a claim on which relief can be granted.

IT IS ORDERED:

1. The motion for a preliminary injunction, ECF No. 1, is denied.

2. The plaintiff must file a complaint or a notice of voluntary dismissal by January 3, 2023.

SO ORDERED on December 13, 2022.

> s/Robert L. Hinkle
> United States District Judge